Robert M. Stone, OSB No. 945184
4246 Payne Rd
Medford, Oregon 97504
Telephone: 541-734-4093
Email: rob@robstonelaw.com

Attorney for Defendant
Duane Leo Ehmer

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>DUANE LEO EHMER,<br><br>   Defendant. | Case No. 3:16-CR-51-BR<br><br>STIPULATION AUTHORIZING ACQUISITION OF SEALED TRANSCRIPTS BY DEFENSE COUNSEL |

WHEREAS, this Court has authorized production of the reporter's transcripts of proceedings held 6/15/16 #719 – status sealed-Amanda LeGore; 7/6/16- status sealed- Amanda LeGore and 8/28/17– official transcript 4/6/16 hearing sealed-Amanda LeGore, ("Hearing Transcripts"). *See* ECF Nos. #785, #2222, #844 & 845, #883, #1338, #2226, #2227, #2219 - (hearing minutes).

WHEREAS, the Court conducted these hearings under seal and ex parte in whole or in part;

WHEREAS, the court reporter has informed counsel for Defendant Duane Leo Ehmer, that she requires an Order of this Court to produce the Hearing Transcripts to counsel;

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of the Court, that the Hearing Transcripts shall be unsealed for the limited purpose of providing them to Robert Stone, and for no other purpose, by the court reporter.

IT IS FURTHER STIPULATED that the Hearing Transcripts shall be unsealed only for the limited purpose of providing them to attorney Robert Stone, that the transcripts shall remain sealed for all other purposes, including from the public, and that any submission of the transcripts to the Court shall be made under seal unless otherwise directed by the Court.

IT IS SO STIPULATED.

DATED: 1/23/18               /s/ Robert Stone
                             Robert Stone
                             Attorney for Duane Leo Ehmer

DATED: 1/23/18               /s/Ethan D. Knight
                             ETHAN D. KNIGHT
                             Assistant United States Attorney

## CERTIFICATION

By presenting the signatures set forth above, the filing attorney hereby certifies that he has received authorization to present this stipulation on behalf of both parties.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-51-BR |
| Plaintiff, | |
| v. | ORDER AUTHORIZING ACQUISITION OF SEALED TRANSCRIPTS BY DEFENSE COUNSEL |
| DUANE LEO EHMER, | |
| Defendant. | |

Based upon the foregoing Stipulation Authorizing Acquisition of Sealed Transcripts by Defense Counsel, and for good cause shown, IT IS HEREBY ORDERED that the reporter's transcripts of proceedings held 6/15/16 #719 – status sealed-Amanda LeGore; 7/6/16- status sealed- Amanda LeGore and 8/28/17– official transcript 4/6/16 hearing sealed-Amanda LeGore, ("Hearing Transcripts"). *See* ECF Nos. #785, #2222, #844 & 845, #883, #1338, #2226, #2227, #2219 -(hearing minutes).—shall be unsealed for the limited purpose of providing them to Defendant Duane Leo Ehmer's counsel of record, Robert Stone, and for no other purpose, by the court reporter.

IT IS FURTHER ORDERED that the foregoing transcripts shall be unsealed only for the limited purpose of providing them to attorney Robert Stone, that the transcripts shall remain

////

////

////

////

ORDER RE SEALED TRANSCRIPTS
Page 1

sealed for all other purposes, including from the public, and that any submission of the transcripts to the Court shall be made under seal unless otherwise directed by the Court.

    IT IS SO ORDERED.

DATED: _____

    _____
    THE HONORABLE ANNA J. BROWN
    UNITED STATES DISTRICT JUDGE

Submitted by:

Robert M. Stone
Attorney at Law
4246 Payne Rd
Medford, Oregon 97504
Telephone: 541-734-4093
Email: rob@robstonelaw.com

 Attorney for Defendant Duane Leo Ehmer